UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY IWASKO IV | Criminal No. 23-cr-91 (KMW)<br><br>**SECOND AMENDED<br>SCHEDULING ORDER** |

This matter having come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Joseph McFarlane, Assistant U.S. Attorney, appearing); and the Defendant being represented by Edward Fabick, Esquire; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule; and for good cause shown,

IT IS, therefore, on this ____ day of June, 2023,

ORDERED that:

1. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before August 15, 2023.

1

2. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before August 15, 2023.

3. The following shall be the schedule for pretrial motions in this matter:

    a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before August 15, 2023;

    b) The Government shall file any response to the Defendant's pretrial motions on or before September 12, 2023;

    c) The Defendant shall file any reply on or before September 26, 2023;

    d) Oral argument on pretrial motions shall be held on a date to be set by the Court.

Honorable Karen M. Williams
United States District Judge

Consented to as to form and entry:

/s/ Joseph McFarlane

JOSEPH MCFARLANE
Assistant U.S. Attorney

/s/ Edward Fabick

EDWARD FABICK, ESQ.
Counsel for defendant